**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

In the Matter of:

**N.A.**,

              Plaintiff,

     vs.

**CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; PATRICK DIVVER, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; and KRISTI NOEM, Secretary, U.S. Department of Homeland Security,**

              Defendants.

Case No.: **3:25-cv-03065-JO-BLM**

**ORDER ON MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT**

Judicial Officer: Hon. Jinsook Ohta
Courtroom Number: 4C

1

**[PROPOSED] ORDER**

After consideration of Petitioner's Motion to Dismiss the Petition for Writ of Habeas Corpus as Moot, and good cause appearing, IT IS HEREBY ORDERED:

The Petition for Writ of Habeas Corpus ECF No. 1 is hereby DISMISSED AS MOOT.

IT IS SO ORDERED.

Date: November 19, 2025

_____
United States District Judge
Southern District of California

2